NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**VOLTSTAR TECHNOLOGIES, INC., FKA Horizon Technologies, Inc.,**
*Plaintiff - Appellant*

v.

**AMAZON.COM, INC., a Delaware corporation,**
*Defendant - Appellee*

---

14-1772

---

Appeal from the United States District Court for the Northern District of Illinois in case no. 1:13-cv-05570 Judge John Z. Lee

---

ON MOTION

O R D E R

Upon consideration of the Appellee's, Amazon.com, Inc., unopposed motion to extend time to file a principal response brief until December 22, 2014,

IT IS ORDERED THAT:

The motion is granted.

                              FOR THE COURT

December 2, 2014              /s/ Daniel E. O'Toole
                              Daniel E. O'Toole
                              Clerk of Court